UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH GARY TORRES, | ) | Case No. CV 11-2900 SVW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 18, 2013

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE